**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

United States of America,

                Plaintiff,

    -vs-

Luis Miguel Diaz Gutierrez,

                Defendant.

Case No: 3:26-po-072

Magistrate Judge Peter B. Silvain

### ORDER

On oral motion of the United States in open court, pursuant to Fed. R. Crim. P. 7(e), Count 1, a Central Violation Bureau Citation number E1773624, in the above-captioned case, that annotates a violation of Ohio Revised Code 4510.12, Operating a Motor Vehicle Without a Valid License, is hereby amended to a forfeiture of collateral in the amount of $70.00 with a processing fee of $30.00 for a total amount due of $100.00.

IT IS SO ORDERED.

Date: 7/23/26

United States Magistrate Judge

Assistant United States Attorney